IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
MARC ALAN REICHBART, Individually and :  CASE NO. 1:14-cv-01039-GMS
on Behalf of All Others Similarly Situated,   :
                                              :
            Plaintiff,                        :
                                              :   **STIPULATION OF DISMISSAL**
        v.                                    :
                                              :
                                              :
                                              :
H. RUSSELL FRISBY JR., PATRICK T.             :
HARKER, JACK B. DUNN, IV, TERENCE C.          :
GOLDEN, BARBARA J. KRUMSIEK, PAUL             :
M. BARBAS, PATRICIA A. OELRICH,               :
LAWRENCE C. NUSSDORF, JOSEPH M.               :
RIGBY, LESTER P. SILVERMAN, PEPCO             :
HOLDINGS, INC. EXELON CORPORATION,:
and PURPLE ACQUISITION CORP.,                 :
                                              :
            Defendants.                       :
----------------------------------------------------------:
                                              x

The undersigned counsel for the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, Plaintiff Marc Alan Reichbart ("Plaintiff") commenced the above-captioned action by filing his Complaint on August 12, 2014;

WHEREAS, there is an action currently pending before the Delaware Court of Chancery entitled *In re Pepco Holdings, Inc. S'holder Litig.*, C.A. No. 9600-VCG (Del. Ch.) (the "Delaware Chancery Action");

WHEREAS, the parties to the Delaware Chancery Action have reached an agreement in principle to resolve the Delaware Action and signed a Memorandum of Understanding on September 12, 2014 (the "Delaware Settlement");

WHEREAS, Plaintiff has reviewed the terms of the Delaware Settlement and agrees that the results obtained are beneficial to the proposed class of Pepco shareholders;

WHEREAS, Plaintiff has reached an agreement with the plaintiffs in the Delaware Chancery Action whereby Plaintiff will participate in the Delaware Settlement and submit the question of the fees to which he may be entitled to the exclusive jurisdiction of the Delaware Chancery Court, under the Stipulation of Settlement submitted therein, and whereby this action will be stayed pending the entry of an order granting final approval of the Delaware Settlement;

WHEREAS, in light of this agreement, the parties had agreed that all briefing and hearing dates and deadlines in this action should be vacated, and this action should be stayed in its entirety pending final resolution of the Delaware Chancery Action;

WHEREAS, on October 7, 2014, the Court instructed the parties to file a Stipulation of Dismissal.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, as follows:

1. By and through the parties' respective counsel of record, that the above-captioned action, and each claim for relief asserted therein, shall be dismissed, without prejudice. Each party shall bear their own fees and costs, except as provided by agreement of the parties.

2. If the Delaware Settlement is not approved by the Delaware Chancery Court, Plaintiff may refile his action and Defendants agree that any applicable statutes of limitations with respect to the claims Plaintiff asserted in the above-captioned action shall be tolled between October 6, 2014 and the date of any such order by the Delaware Chancery Court disapproving of the Delaware Settlement.

IT IS SO STIPULATED.

Dated: October 17, 2014

|  |  |
|---|---|
|  | */s/ Christopher P. Simon* |
|  | Richard H. Cross (#3576) |
|  | Christopher P. Simon (#3697) |
|  | Cross & Simon, LLC |
|  | 1105 North Market Street |
| OF COUNSEL: | Wilmington, Delaware 19801 |
|  | (302) 777-4200 |
| Louis Boyarsky | rcross@crosslaw.com |
| Leanne Heine | csimon@crosslaw.com |
| Glancy Binkow & Goldberg LLP |  |
| 1925 Century Park East | *Attorneys for Plaintiff* |
| Suite 2100 |  |
| Los Angeles, California 90067 |  |
| (310) 201-9150 |  |
|  | */s/ Kevin M. Gallagher* |
|  | Gregory V. Varallo (#2242) |
|  | Kevin M. Gallagher (#5337) |
|  | Rachel E. Horn (#5906) |
| OF COUNSEL: | Richards, Layton & Finger, P.A. |
|  | One Rodney Square |
| Brian T. Frawley | 920 North King Street |
| Sullivan & Cromwell LLP | Wilmington, Delaware 19801 |
| 125 Broad Street | (302) 651-7700 |
| New York, New York 10004 | varallo@rlf.com |
| (212) 558-4000 | gallagher@rlf.com |
|  | horn@rlf.com |

*Attorneys for Defendants Pepco Holdings, Inc., Joseph M. Rigby, Paul M. Barbas, Jack B. Dunn, IV, H. Russell Frisby Jr., Terence C. Golden, Patrick T. Harker, Frank O. Heintz, Barbara J. Krumsiek, George F. MacCormack, Lawrence C. Nussdorf, Patricia A. Oelrich, Frank K. Ross, Pauline A. Schneider and Lester P. Silverman*

OF COUNSEL:

James P. Gillespie
Arjun Garg
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

/s/ Leslie A. Polizoti
William M. Lafferty (#2755)
Leslie A. Polizoti (#4299)
Lauren K. Neal (#5940)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware  19801
(302) 658-9200
wlafferty@mnat.com
lpolizoti@mnat.com
lneal@mnat.com

*Attorneys for Defendants Exelon Corporation and Purple Acquisition Corp.*

**SO ORDERED.**

_____
United States District Judge Gregory M. Sleet